**SEALED**

**FILED**

AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

JUL 2 2 2015

CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lawrence Madrid | ) | Case No. EP: 15-M-02528-ATB |
| | ) | |
| _____ | ) | |
| Defendant | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __08/10/2010__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant violated __8__ U. S. C. § __1324 (a)(2)(B)(ii)__, an offense described as follows:

Lawrence Madrid, knowing and in reckless disregard of the fact that aliens had not received prior official authorization to come to, enter and reside in the United States, did bring or attempt to bring to the United States in any manner whatsoever, such alien for the purpose of commercial and private financial gain all in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Araceli Gonzalez, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __7/22/15__

_____
Judge's signature

City and state: __El Paso, TX__    Anne T. Berton, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

On January 23, 2014, Homeland Security Investigations (HSI) Special Agent Araceli Gonzalez, SA Stephani Legarreta and Enforcement and Removal Operations (ERO) Agent Alvarez encountered and arrested M.C., a citizen and national of Mexico, in Anthony, NM. During the processing interview, M.C. stated his last entry into the U.S. was via Bridge of the Americas (BOTA) Port of Entry (POE). M.C. stated his wife A.V. paid O.C. to have him smuggled into the U.S. through the Bridge of the Americas, located in the Western District of Texas, with the assistance of a Customs and Border Protection Officer (CBPO).

HSI SA Gonzalez notified the Office of Professional Responsibility (OPR) and initiated an investigation along with Office of Inspector General (OIG) SA Lillian Morales.

M.C. positively identified CBPO Lawrence Madrid as the CBPO who smuggled him through BOTA POE on August 10, 2010 after payment was made to O.C. M.C. was smuggled through the pedestrian lane of BOTA, along with two other Mexican nationals. M.C. and the other two were told to walk in front of O.C. through the pedestrian lane. CBPO Madrid was manning the pedestrian inspection lane and the 3 Mexican nationals presented some documents to CBPO Madrid. The documents presented did not allow for legal entry into the United States. CBPO Madrid was already aware that the three individuals in front of O.C. were the Mexican nationals that paid to be smuggled. The 3 Mexican nationals were allowed entry into the United States without documents allowing them legal entry into the United States.

Phone calls made by O.C., a person linked to CBPO Madrid, to M.C. the day of the smuggling corroborate the allegations made by M.C. OIG obtained CBPO Madrid's work schedule and verified that CBPO Madrid was on duty on August 10, 2010. CBPO Madrid was manning the BOTA pedestrian lane during the timeframe the smuggling took place.

On May 9, 2014, HSI received information regarding a person who was smuggled into the United States by a CBPO. HSI agents located E.D., a native and citizen of Mexico, and identified him as a prior deported felon.

On May 21, 2015, HSI agents interviewed E.D. and his wife C.O. regarding the alleged smuggling. The following is a timeline provided by C.O and verified by agents:

> September 9, 2011, E.D. was removed from the United States; he traveled to Delicias, MX. He traveled to Juarez, MX on September 18, 2011 after his wife, C.O. paid to have E.D. smuggled into the U.S through the PDN POE. Upon arrival in Juarez, E.D. was picked up at the bus station by L.R., C.O's work supervisor.

On September 23, 2011, E.D received a phone call from an unknown male, asking for his clothing description and giving him instructions to walk to the permit area of the PDN POE, sit on the third row of chairs in the lobby and wait for a CBPO to give him a "signal" to walk up to the window. E.D did as he was told.

E.D. sat on a chair on the third row of chairs in the lobby and was subsequently called to a permit window by CBPO Madrid. E.D. was told to write his name on a piece of paper. CBPO Madrid walked away with the piece of paper. A few minutes later CBPO Madrid came out of the office area and told E.D. to follow him. CBPO Madrid escorted E.D. past the pedestrian inspection lanes and allowed E.D. into the U.S. without inspection.

Through a photo lineup, E.D positively identified CBPO Madrid as the CBPO who smuggled him through PDN POE. The timeline provided by C.O. was corroborated through phone tolls, international crossings and interviews conducted of other witnesses.

HSI and OIG presented the finding to AUSA Robert Almonte. AUSA accepted prosecution on CBPO Madrid for violating Title 8, United States Code (USC), Section 1324 (a)(2)(B)(ii).

_____
Araceli Gonzalez, HSI Special Agent